**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALVIN HOLT,<br><br>            Plaintiff,<br><br>       v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>            Defendants. | No. CV 04-2464-MMM(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been received.

    **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Defendants' motion for summary judgment (docket no. 51, filed June 7, 2005) be granted; and (3) that judgment be entered in favor of Defendants.

1   **IT IS FURTHER ORDERED** that this order and the judgment herein be
2   served on the parties.

4   DATED:   July 16, 2010

                                    _____
                                    MARGARET M. MORROW
                                    United States District Judge