**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALVIN HOLT, ) | No. CV 04-2464-MMM(CW) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| COUNTY OF LOS ANGELES, et al., ) | |
| Defendants. ) | |

On July 16, 2010, the court entered an order adopting the Magistrate Judge's Report and Recommendation and granted defendants' motion for summary judgment.  Therefore,

IT IS ORDERED, ADJUDGED AND DECREED:

1. That plaintiff take nothing by way of his complaint; and
2. That the action be, and it hereby is, dismissed.

DATED:  July 16, 2010

_____
MARGARET M. MORROW
United States District Judge